UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS, | No. 2:16-cv-0087 CKD P |
| Petitioner, | |
| v. | ORDER |
| J. SOLDA, et al., | |
| Respondents. | |

Petitioner, a county jail inmate proceeding pro se, has filed a petition concerning proceedings in the Madera County Superior Court. While the gravamen of the petition is unclear, petitioner names Madera County officials as respondents and is confined in the Madera County Jail. Madera County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be

1

1  filed at:

2  United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721

4  Dated:  January 25, 2016

5  _____
   CAROLYN K. DELANEY
6  UNITED STATES MAGISTRATE JUDGE

9  2 / thom0087.109